Robert JONES, Appellant,

v.

TREASURER OF the STATE of Missouri, as Custodian of the Second Injury Fund, Respondent.

No. 65679.

Missouri Court of Appeals,
Eastern District,
Division One.

March 7, 1995.

Lawrence E. Manion, Jr., Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Vicky L. Anthony, Asst. Atty. Gen., Cape Girardeau, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Claimant, Robert Jones, appeals from the Labor and Industrial Relations Commission's denial of his claim for compensation from the Second Injury Fund. We affirm.

The Commission's order denying compensation from the Second Injury Fund is sup-

ported by competent and substantial evidence on the whole record. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the award pursuant to Rule 84.16(b).